AO 440  (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

Rory Lewis

V.

**SUMMONS IN A CIVIL CASE**

Delaware State University

CASE NUMBER:

0 6 – 4 3 9

TO: (Name and address of Defendant)

Alan L. Sessoms, Phd.
President of Delaware State University
1200 N. Dupont Highway
Dover, Delaware, 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lori A. Brewington, Esquire (# 4522)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806
302-777-4680

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUL 1 9 2006

CLERK

DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/24/06 | |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE    SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐    Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

_____

_____

☒    Other (specify):    SERVED : DELAWARE STATE UNIVERSITY AT 1200 N. DUPONT HWY. DOVER DE, COPIES THEREOF WERE ACCEPTED BY TSKEISHA STUCKEY.

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _7/24/06_
              Date

_____
*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.