## EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RORY LEWIS, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-439 |
| DELAWARE STATE UNIVERSITY, | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** this ___10th___ day of ___November___, 2006 by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that the Complaint in this action against Delaware State University is hereby dismissed with prejudice.

MARGOLIS EDELSTEIN                              WHITE AND WILLIAMS LLP

_____                   _____
Jeffrey Martin (#2407)                          Marc S. Casarino (#3613)

Lori Brewington (#4522)                         824 N. Market Street, Suite 902

1509 Gilpin Avenue                              P. O. Box 709

Wilmington, DE 19806                            Wilmington, DE 19899-0709


Dated: ~~August~~ Oct. 24, 2006